ORIGINAL

RECEIVED
MAY 22 2023
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Vincent Shider             Plaintiff,

APPLICATION FOR THE COURT TO REQUEST COUNSEL

-against-

Allied Universal Security Co.    1:21 CV 06425 ( ) LDH-LB

                           Defendant(s).
-----------------------------------------------------------X

1. Name of applicant  Vincent Shider

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   Vincent Shider do not know the law

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

   Called a lot of attorney's No help

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   English

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 5/22/2023                    Vincent Shider
                                    Signature

ORIGINAL

RECEIVED
MAY 22 2023
PRO SE OFFICE

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

Vincent Shider

                    Plaintiff,

     -against-

Allied Universal Security Co.

                    Defendant(s).
------------------------------------------------X

REQUEST TO PROCEED
IN FORMA PAUPERIS
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

1:21 CV 06425 ( ) LDH-LB

I, Vincent Shider _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   Retired

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   March 26 or 29 during the height of Pamdamic

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   S.S Social Security  $1,021 monthly

   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $_____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $_____

rev. 7/08

4. Do you have any money, including money in a checking or savings account? If so, how much?

Checking - 568    Saving - $5

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

☐ No  ☒ Yes, $ automoble

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No  ☒ Yes, $ Rent $315.00 something for rent

7. List the person(s) that you pay money to support and the amount you pay each month.

Yvonne Scott Shider
$315.00 something for rent

8. State any special circumstances which the Court should consider.

I can't afford an attorney

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 5/22/2023

Signature: Vincent Shider

rev. 7/08

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

*Vincent Shider* Plaintiff,

-against-

*Allied Universal Security Co.*

Defendant(s).
-------------------------------------------------------------X

RECEIVED MAY 22 2023 PRO SE OFFICE

**AFFIRMATION OF SERVICE**

1:21 CV 06425 ( ) LDH-LB

I, *Vincent Shider* _____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _____

whose address is: _____

by *E-MAIL — Evan S. Weiss* _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 5/22/2023

*Vincent Shider*
Signature

274 Dean ST #2
Address

BKlyn N.Y. 11217
City, State & Zip Code

rev. 7/08

**ORIGINAL**

Case #1:21-CV-06425 LDH-LB                5/22/2023

I Vincent Shider am requesting a probono ~~law~~ Attorney because I do not have the money for an attorney and trial by Jury.

*Vincent Shider*

**RECEIVED MAY 22 2023 PRO SE OFFICE**