```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
VINCENT SHIDER,

                    Plaintiff,                              ORDER
                                                      21 CV 6425 (LDH)(LB)
      -against-

UNIVERSAL PROTECTION SERVICE, LLC
d/b/a ALLIED UNIVERSAL SECURITY CO.,

                    Defendant.
----------------------------------------------------------------------X
```
**BLOOM, United States Magistrate Judge:**

The Court held a status conference in plaintiff's employment discrimination action on March 8, 2023. The Court declines to set discovery deadlines at this time.

As discussed on the record, plaintiff's request for the Court to seek *pro bono* counsel to represent him in this matter pursuant to 28 U.S.C. § 1915(e)(1) is granted. ECF No. 20. Plaintiff is advised that the Court cannot require an attorney to take a civil case under this statute. Rather, the Court may only request an attorney to volunteer to provide pro bono representation to plaintiff. See Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 310 (1989) (Court may only request, not appoint, pro bono counsel). Plaintiff should cooperate with any *pro bono* attorney who contacts him. The parties shall file a status letter by July 24, 2023.

SO ORDERED.

                                                                                              _____/S/_____
                                                                                              LOIS BLOOM
                                                                                              United States Magistrate Judge

Dated:  May 31, 2023
            Brooklyn, New York